IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL R. ALFORD                                                                                    PETITIONER

VS.                                                              CIVIL ACTION NO. 5:06cv95DCB-MTP

CONSTANCE REESE, Warden                                                                     RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Michael Alford's petition for writ of habeas corpus should be dismissed with prejudice as to this court's jurisdiction, but without prejudice in all other respects.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Michael Alford's petition for writ of habeas corpus be and the same is hereby, dismissed with prejudice as to this court's jurisdiction, but without prejudice in all other respects.

SO ORDERED this the   19th   day of   October  , 2007.

　　　　　　　　　　　　　　　　　　　　　　　　  s/ David Bramlette
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE